ANNA I. MAGID et al., Copartners under the Firm Name of A. I. MAGID COMPANY, Respondents, *v.* COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.

(Argued March 21, 1932; decided April 26, 1932.)

*Wharton Poor* and *Herbert K. Stockton* for appellant.
*Frank I. Finkler* for respondents.

Judgment affirmed, with costs, on the authority of *Straus & Co.* v. *Canadian Pacific Ry. Co.* (254 N. Y. 407); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.